UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN W. SCHULTHEIS, | ) CASE NO. 2:23-cv-05666-JC |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

///

///

1  The Clerk of the Court will enter a final judgment in favor of Plaintiff, and
2  against Defendant, reversing the final decision of the Commissioner.
3  IT IS SO ADJUDGED.

DATED: February 26, 2024

/s/
HON. JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE