PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
4100 W Alameda Avenue 3RD Floor, Ste. 301
Burbank, CA 91505
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
STEPHEN WAYNE SCHULTHEIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN WAYNE SCHULTHEIS<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security<br><br>Defendant. | Case No. 2:23-cv-05666-JC<br><br>ORDER FOR AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) (EAJA) |

    Based upon the parties' Stipulation For An Award of Attorney Fees and Costs Pursuant To The Equal Access to Justice Act, 28 U.S.C. § 2412(d) (EAJA), IT IS ORDERED that attorney fees in the amount of $5,500.00, and costs in the amount of $0.00, be paid to Patricia L. McCabe and the Law Offices of Patricia L. McCabe, Counsel for Plaintiff, subject to the terms of the above-referenced Stipulation.

Date:   April 17, 2024

                                        _____/s/_____
                                        Honorable Jacqueline Chooljian
                                        United States Magistrate Judge